KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7158
    Facsimile: (415) 436-7234
    Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No.: CR 05-00124 SI |
|     Plaintiff,   ) | PARTIES' STIPULATION AND |
|         ) | [PROPOSED ORDER] CONTINUING |
|   v.   ) | TRIAL SETTING |
|         ) | |
| GORDON SCHOOS,   ) | |
|     Defendant.   ) | |
|         ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties initially appeared in United States District Court on the instant matter on

March 11, 2005.  The matter was continued until April 15, 2005 for trial setting.   At that time,

there was an exclusion of time requested and granted based upon effective preparation of

counsel.

    2. On April 15, 2005, the parties appeared and Tony Tamburello, counsel for the defendant,

requested additional time in which to receive forensic discovery in the matter and review such

material with defendant's forensic expert.  The parties requested that the matter be continued

STIPULATION AND PROPOSED ORDER
CR 05-00124 SI

until May 20, 2005 for trial setting.  There was a request that time be excluded based upon effective preparation of counsel. Subsequently, the matter was continued until July 1, 2005 for trial setting.

4. On July 1, 2005, this Court established September 12, 2005 as a trial date in the matter. Subsequently, the government has received new forensic evidence in this matter which may lead to a superseding indictment being pursued against the defendant.

5. On or about August 7, 2005, counsel for the defendant contacted government counsel in order to discuss a resolution of the case.  Mr. Tamburello is/was out of town on a family vacation at this time and government counsel was also out of the office.

6.On August 11, 2005, government counsel returned to the office and contacted Mr. Tamburello.   At this time, government counsel informed Mr. Tamburello that the government had received new forensic evidence in the pending trial matter.  Government counsel informed Mr. Tamburello that while no decision had yet been made, this new evidence could  lead to a superseding indictment  being pursued.  Government counsel indicated that she would provide this new forensic evidence to Mr. Tamburello for his review and discussion with his client.  Mr. Tamburello indicated that he will be in a position to receive and review this evidence on August 29 when he returns to his office.  Mr. Tamburello also indicated, however, that he has a homicide preliminary hearing set for this same date in Redwood City, California.

7. Mr. Tamburello indicated that he would require additional time to receive and review the new evidence with his client.

8. Based upon the government's obligation to provide the defendant with this newly derived evidence and counsel for the defendant's obligation to effectively review the discovery and consult with his client, the parties are requesting that the present trial date of September 12, 2005 be vacated.  The parties request that the matter be placed on the Court's September 6, 2005 calendar for change of plea or trial setting. The parties further request that time continue to be excluded based upon effective preparation of counsel.

STIPULATION AND PROPOSED ORDER
CR 05-00124 SI

2

9. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

SO STIPULATED.

DATED: 8/18/05                                    Respectfully Submitted,


_____/s/_____
SUSAN R. JERICH
Assistant United States Attorney

DATED:8/17/05


_____/s/_____
TONY TAMBURELLO
Counsel for Defendant Gordon Schoos

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:        8/22/05

GRANTED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the Parties' Stipulation and Proposed

Order in the case of <u>United States v. Gordon Schoos</u>, No. CR 05-00124 SI, was served today as

follows:

> <u>Via Facsimile Delivery</u>
> Tony Tamburello
> Law Offices of Tamburello & Hanlon
> Facsimile no: 415-255-8631

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 18, 2005 at San Francisco, California.


_____/s/_____
Rawaty Yim
United States Attorney's Office

STIPULATION AND PROPOSED ORDER
CR 05-00124 SI                                    4