1  TONY TAMBURELLO, SBN 46037
   TAMBURELLO & HANLON
2  214 Duboce Avenue
   San Francisco, California  94103
3  (415)431-4500

4  Attorney for Defendant
   GORDON JEFFREY SCHOOS
5

6              **IN THE UNITED STATES DISTRICT COURT**

7            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8
   UNITED STATES OF AMERICA       )
9                                 )
                Plaintiff,        )
10                                )     **Case No:  CR 05-00124-SI**
   v.                             )
11                                )     **STIPULATION AND**
   GORDON JEFFREY SCHOOS          )     **(PROPOSED ORDER)CONTINUING**
12                                )     **SENTENCING DATE**
                Defendant.        )
13

14

15       The parties stipulate and agree, and the Court finds and

16  holds, as follows:

17       1.   On October 5, 2005, Mr. Schoos entered a plea of

18  guilty to violation of 18 U.S.C. § 2252 A(a)(5)(b) and sentencing

19  was set for January 13, 2006 at 11:00a.m.

20       2.   Probation Officer Lynne Richards was assigned to write

21  the presentence investigation report.

22       3.   Because Ms. Richards was on vacation and did not return

23  until counsel went on vacation they were not able to coordinate

24  an interview time until after the Thanksgiving Holiday.  The

25  interview was completed on November 28, 2005.

26       4.   In addition, I am now providing Assistant United States

27  Attorney Susan Jerich and Probation Officer Lynne Richards with a

28  report by licensed Psychologist Charleen Steen.

1    5.    Given this new report from Dr. Steen additional time

2  will be necessary to review and analyze the report.

3    6.    In addition, the Christmas season is upon us and Ms.

4  Richards has indicated that under the current sentencing date of

5  January 13, 2006, it would not be possible to comply with CRIM.

6  L.R. 32-4(a)(b); 32-4©).

7    7.    It is for the forgoing reasons that I am requesting a

8  continuance of the sentencing date.  Ms.  Jerich and Ms.

9  Richards have no objection too such a continuance.

10    Therefore it is respectfully requested that the present

11  sentencing date of January 13, 2005 be continued for March 10,

12  2006, at 11:00a.m.

13
   Dated: December 20, 2005

14

15                              s/Tony Tamburello
                                CSBN: 46037
                                Attorney for Defendant
16                              Gordon Jeffrey Schoos
                                214 Duboce Avenue
17                              San Francisco, CA 94103
                                (415) 431-4500
18                              ttduboce@mindspring.com

19
                                s/Susan Jerich
20                              Assistant U.S. Attorney
                                (Signature approved via telephone)
21                              11th Floor, Federal Building
                                450 Golden Gate Avenue
22                              San Francisco, CA  94102-3495

23

24

25  **IT IS SO ORDERED.**

26

27  Dated:_____          _____

28  HONORABL                    
    UNITED ST

Case 5:05-cv-00424-SID Document 27 Filed 12/23/05 Page 3 of 3