```
TONY TAMBURELLO, SBN 46037
TAMBURELLO & HANLON
214 Duboce Avenue
San Francisco, California  94103
(415)431-4500



Attorney for Defendant
GORDON JEFFREY SCHOOS
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Case No:  CR 05-00124-SI** |
| v. ) | |
| ) | **STIPULATION AND** |
| GORDON JEFFREY SCHOOS ) | **(PROPOSED ORDER)CONTINUING** |
| ) | **SENTENCING DATE** |
| Defendant. ) | |

   The parties stipulate and agree, and the Court finds and holds, as follows:

   1. On October 5, 2005, Mr. Schoos entered a plea of guilty to violation of 18 U.S.C. § 2252 A(a)(5)(b) and sentencing was set for January 13, 2006 at 11:00a.m.

   2. Probation Officer Lynne Richards was assigned to write

the presentence investigation report.

    3.    Because Ms. Richards was on vacation and did not return until counsel went on vacation they were not able to coordinate an interview time until after the Thanksgiving Holiday. The interview was completed on November 28, 2005.

    4.    In addition, I am now providing Assistant United States Attorney Susan Jerich and Probation Officer Lynne Richards with a report by licensed Psychologist Charleen Steen.

    5.    Additional time will be necessary to review and analyze the report from Dr. Steen.

    6.    In addition, the Christmas season is upon us and Ms. Richards has indicated that under the current sentencing date of January 13, 2006, it would not be possible to comply with CRIM. L.R. 32-4(a)(b); 32-4(c). Also, Ms. Richards has advised me that it will be necessary to provide the draft PSI Report to her supervisor six weeks before sentencing date. I have a family vacation planned during the period December 6, 2005 through January 5, 2006. Ms. Richards will be on vacation during the period December 26, 2005 through January 16, 2006. In addition, Ms. Richards advised that she will be unavailable during the period March 13 through 17, 2006.

    7.    It is for the forgoing reasons that I am requesting a continuance of the sentencing date. Ms. Jerich and Ms. Richards have no objection too such a continuance.

Therefore it is respectfully requested that the present

sentencing date of January 13, 2005 be continued for March 24, 2006, at 11:00a.m.

**IT IS SO STIPULATED.**

Respectfully submitted,

s/Tony Tamburello
CSBN: 46037
Attorney for Defendant
Gordon Jeffrey Schoos
214 Duboce Avenue
San Francisco, CA 94103
(415) 431-4500
ttduboce@mindspring.com

s/Susan Jerich
Assistant U.S. Attorney
(Signature approved via telephone)
11th Floor, Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102-3495

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____  _____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Susan Illston