# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 14 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR 05-00124-01 SI
)
GORDON SCHOOS )
)

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ___March 24, 2006,___ be continued until ___May 26, 2006,___ at ___11:00 a.m.___ .

Date: 3/13/06

Susan Illston
United States District Judge

NDC-PSR-009 12/06/04