```
TONY TAMBURELLO, SBN: 46037
LAW OFFICE OF TONY TAMBURELLO
214 Duboce Avenue
San Francisco, California 94103
Telephone:(415) 431-4500
Facsimile:(415) 255-8631
E-mail:   ttduboce@mindspring.com


Attorney for Defendant
GORDON SCHOOS
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 05-00124-SI |
| | ) | |
| Plaintiff, | ) | **ORDER EXONERATING BOND** |
| v. | ) | |
| GORDON SCHOOS, et al., | ) | |
| Defendant. | ) | |

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that the below listed property be returned to Mr. Gordon Jeffrey Schoos. The clerk is hereby ordered to:

    a.   Issue a check in the amount of $80,000.00 made payable to the brokerage firm of Edward Jones.

1  C:\Wp60\Wp60\FD\ORDERExoneratingBond.Schoos.wpd

1      b.   Execute a deed of full reconveyance and substitution of
2           trustee form to real property located at 10931 Oak Run
3           Road, Oak Run, California, 96069.

Dated: _____

HONORABLE MAGISTRATE SUSAN ILLSTON
UNITED STATES DISTRICT COURT

2     C:\Wp60\Wp60\FD\ORDERExoneratingBond.Schoos.wpd