```
TONY TAMBURELLO, SBN: 46037
LAW OFFICE OF TONY TAMBURELLO
214 Duboce Avenue
San Francisco, California 94103
Telephone:(415) 431-4500
Facsimile:(415) 255-8631
E-mail:   ttduboce@mindspring.com


Attorney for Defendant
GORDON SCHOOS
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. CR 05-00124-SI |
|  | ) |
| Plaintiff, | ) **ORDER EXONERATING BOND** |
|  | ) |
| v. | ) |
|  | ) |
| GORDON SCHOOS, et al., | ) |
|  | ) |
| Defendant. | ) |

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that the below listed property be returned to Mr. Gordon Jeffrey Schoos. The clerk is hereby ordered to:

    a.    Issue a check in the amount of $80,000.00 made payable to the brokerage firm of Edward Jones.

1   C:\Wp60\Wp60\FD\ORDERExoneratingBond.Schoos.wpd

     b.   Execute a deed of full reconveyance and substitution of trustee form to real property located at 10931 Oak Run Road, Oak Run, California, 96069.

Dated: 9/11/06

_____
HONORABLE MAGISTRATE SUSAN ILLSTON
UNITED STATES DISTRICT COURT

C:\Wp60\Wp60\FD\ORDERExoneratingBond.Schoos.wpd